DAVID A. HUBBERT
Acting Assistant Attorney General

LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov

Of Counsel:
BILLY J. WILLIAMS
United States Attorney

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD S. FRAZIER, and<br>CHERYL E. FRAZIER.<br><br>Defendants. | Case No.: 3:16-cv-1107-PK<br><br>[PROPOSED] ORDER ON STIPULATION<br>Reducing Federal Tax Assessments to Judgment and Dismissing Defendant Cheryl E. Frazier |

Upon stipulation and motion of the parties, and for good cause shown, it is ORDERED as follows:

1. A separate judgment shall be entered in favor of the United States and against Donald S. Frazier in accordance with proposed partial judgment submitted by the parties;

[Proposed] Order on Stipulation
Case No. 3:16-cv-1107                           . 1

2.      Defendant Donald S. Frazier owes the sum of **$494,176.43** for trust fund recovery penalties and lawful additions for the periods ended March 31, 2003, June 30, 2003, and December 31, 2003 plus additional interest accruing from **February 20, 2017** under 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6621 and 6622, less any payments or credits, as provided by law.

3.      Because the United States' claims in this case against Cheryl E. Frazier have been resolved through stipulation, she is hereby dismissed from this case with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated this 7th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE