DAVID A. HUBBERT
Acting Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6406 (v)
202-307-0054 (f)
Charles.M.Duffy@usdoj.gov

Of Counsel:
BILLY J. WILLIAMS
United States Attorney

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD S. FRAZIER, and<br>CHERYL E. FRAZIER,<br><br>　　　　Defendants. | Case No.: 3:16-cv-1107-PK<br><br>[~~PROPOSED~~] ORDER ON STIPULATION |

Upon stipulation and motion of the parties, and for good cause shown, it is ORDERED as follows:

1. Cheryl E. Frazier is joined as a party in this matter pursuant to Federal Rule of Civil Procedure 19 so that a judgment also can be entered against her based on the stipulation and motion of the parties;

2. Donald S. Frazier and Cheryl E. Frazier owe income taxes in the amount of $35,715.00 for their 2003 income tax year plus statutory additions and interest under 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6621 and 6622, less any payments or credits, as provided by law; and

3. A separate judgment shall be entered in favor of the United States and against Donald S. Frazier and Cheryl E. Frazier in accordance with the paragraph 2, above, and the related proposed partial judgment submitted by the parties.

IT IS SO ORDERED.

Dated this 20 day of Nov, 2017.

_____
UNITED STATES DISTRICT JUDGE